# UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF FLORIDA

# ORLANDO DIVISION

| | |
|---|---|
| LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| COVELLI FAMILY LIMITED PARTNERSHIP and COVELLI FAMILY LIMITED PARTNERSHIP II, | ) ) ) ) |
| Defendants. | ) |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

The Plaintiff, the Secretary of Labor, U.S. Department of Labor, and the Defendants, Covelli Family Limited Partnership and Covelli Family Limited Partnership II, give notice to the Court that they have resolved the matter captioned above. This action was brought by the Secretary of Labor pursuant to authority granted by Section 17 of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq*., ("the Act").

In order to resolve this case, and as provided in the proposed order, the Defendants have agreed to pay civil money penalties. The Defendants also consent to the entry of an injunction requiring future compliance with the child labor provisions of the Act, as well as other compliance measures the parties negotiated through counsel. The parties respectfully request that the Court issue and approve the attached consent decree. Approval of the order will fully resolve this case.

Respectfully submitted,


By: */s/David A. Glenny*
    DAVID A. GLENNY
    Counsel for Defendants

DGH Legal, PLLC
1333 SE 25th Loop, Suite 101
Ocala, Florida 34471

Telephone: 352/732-2255
E-mail:  glenny@dghlegal.com

Attorney for Defendant

JONATHAN SNARE
Acting Solicitor of Labor

TREMELLE I. HOWARD
Regional Solicitor

SCHEAN G. BELTON
Associate Regional Solicitor

MATT SHEPHERD
Counsel for Wage and Hour

By: */s/ Jarrod C. Nelson*
    JARROD C. NELSON
    TN Bar No. 039585
    Trial Attorney

United States Department of Labor
Office of the Solicitor
618 Church Street, Suite 230
Nashville, Tennessee 37219
Telephone:  615/238-6843

E-mail:  Nash.Fedcourt@dol.gov
E-mail:  Nelson.Jarrod.C@dol.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 2, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

<div style="margin-left: 40%;">

<u>/s/ Jarrod C. Nelson</u>
JARROD C. NELSON
U. S. Department of Labor
Office of the Solicitor
618 Church Street, Suite 230
Nashville, Tennessee 37219

</div>

3